UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>KingCast.net</u>

       v.                        Case No. 10-cv-501-PB

<u>Kelly Ayotte Senate Campaign</u>
<u>Friends of Kelly Ayotte, et al.</u>

### O R D E R

Local Rule 83.6(c) states that a corporation, unincorporated association, or trust may not appear in any action or proceeding pro se. Within twenty-one days, Mr. King is to provide the Court with documentation showing that KingCast.net is not a corporation, unincorporated association, or trust and therefore does not require an attorney to appear on its behalf.

SO ORDERED.

November 4, 2010                      /s/ Paul Barbadoro
                                                   Paul Barbadoro
                                                   United States District Judge

cc:    Christopher King, Pro se
        Jennifer Parent, Esq
        Gordan MacDonald, Esq
        Jack Middelton, Esq.
        Brian Cullen, Esq.