UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christopher King, aka King Cast.net</u>

          v.               Case No. 10-cv-501-PB

<u>Friends of Kelly Ayotte, et al</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 2, 2010.

SO ORDERED.

November 10, 2010           /s/ Paul Barbadoro
                                           Paul Barbadoro
                                           United States District Judge

cc:   Christopher King, Pro se
       Gordon MacDonald, Esq.
       Jennifer Parent, Esq.
       Jack Middleton, Esq.
       Brian Cullen, Esq.