UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Christopher King aka KingCast

       v.                            Civil No. 10-cv-501-PB

Friends of Kelly Ayotte, et al


O R D E R


The parties in this case have filed many meritless and time wasting motions.  Accordingly, all pending motions are denied without prejudice.

 We need to begin again and proceed in an orderly fashion. Within 14 days, plaintiff shall file an amended complaint. Within 30 days after the complaint is filed, the defendants shall file motions to dismiss with supporting memoranda. The plaintiff shall file objections and supporting memoranda within the time limits specified by the rules. No reply memoranda shall be permitted. Ordinarily, a court will not consider documents and exhibits that are appended to  a motion to dismiss for failure to state a claim or an objection thereto.  Accordingly, the parties are advised that they may not cite to materials beyond the amended complaint unless they  can demonstrate by citation to controlling case law that said materials may be considered by the court. The court

will disregard any inadmissible materials when it rules on the motions. No additional motions shall be filed in this case other than motions pertaining to discovery until the court rules on the motions to dismiss, and any discovery disputes shall be referred to the Magistrate Judge for resolution. The court will hold a status conference after it rules on the motions to dismiss if the amended complaint is not dismissed.

SO ORDERED.

February 10, 2011                                        /s/ Paul Barbadoro
                                                         Paul Barbadoro
                                                         United States District Judge

cc:     Christopher King, Pro Se
        Brian Cullen, Esq.
        Gordon MacDonald, Esq.
        Jennifer Parent, Esq.
        Jack Middleton, Esq.