UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christopher King</u>

      v.        Case No. 10-cv-501-PB

<u>Friends of Kelly Ayotte, et al</u>

ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER: #98, Reply to Objection to Document 94 only, filed by Christopher King

DATE FILED:  June 7, 2011

  The document above fails to comply with:

  LR 7.1(e)(2)  Nondispositive motion: reply memorandum is not permitted without prior leave of court

  It is herewith ordered that the document is stricken, and must be refiled.

  SO ORDERED.

June 09, 2011

              /s/ Paul Barbadoro
              Paul Barbadoro
              United States District Judge

cc: Christopher KIng, Pro Se
   Jennifer Parent, Esq.
   Jack Middleton, Esq.
   Brian Cullen, Esq,
   Gordon MacDonald, Esq.