UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christopher King</u>

      v.          Case No. 10-cv-501-PB

<u>Friends of Kelly Ayotte, et al</u>

ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER: #107 and 111, Reply to Objections , filed by Christopher King

DATE FILED:  July 12, 2011 and July 13, 2011

 The document above fails to comply with:

 LR 7.1(e)(2)  Nondispositive motion: reply memorandum is not permitted without prior leave of court

 It is herewith ordered that the document is stricken, and must be refiled.

 SO ORDERED.

July 13 , 2011

            /s/ Landya McCafferty
            Landya McCafferty
            United States Magistrate Judge

cc: Christopher King, Pro Se
   Jennifer Parent, Esq.
   Jack Middleton, Esq.
   Brian Cullen, Esq.
   Gordon MacDonald, Esq.