UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Christopher King
a/k/a KingCast.net

    v.                                          Civil No. 10-cv-501-PB

Friends of Kelly Ayotte


ORDER OF RECUSAL


I hereby recuse myself from this case.

SO ORDERED.

                                                  _____
                                                 Landya B. McCafferty
                                                 United States Magistrate Judge

Date:  September 21, 2011

cc:   Brian J.S. Cullen, Esq.
      Christopher King, Esq.
      Gordon J. MacDonald, Esq.
      Jack B. Middleton, Esq.
      Jennifer L. Parent, Esq.