UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

**Christopher King**
**a/k/a KingCast.net**

    v.                                      Civil No. 10-cv-501-PB

**Friends of Kelly Ayotte**


**O R D E R**


      Plaintiff's amended complaint and his objection to defendants' motions to dismiss includes several references to former United States Marshal Steven Monier which can be read to suggest that Monier was more than a witness and was in fact a participant in the alleged conspiracy on which several of plaintiff's claims are based.  Although plaintiff has not named Monier as a defendant, and I do not have any doubt that I could impartially adjudicate the case notwithstanding Monier's former position as a Marshal in this district, my impartiality might reasonably be questioned by others.  Accordingly, I recuse myself from this case and direct the clerk to assign the case to a different judge.

      I did not realize that the plaintiff claimed that Monier was a conspirator with the other defendants until recently, when I began working on the defendants' motions to dismiss the

amended complaint.  I leave it to my successor to determine what action, if any, should be taken with respect to orders I entered before I became aware of the fact that the plaintiff considered Monier to be something other than a witness in the case.

    SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

October 4, 2011

cc:   Christopher King, pro se
      Brian J.S. Cullen, Esq.
      Gordon J. McDonald, Esq.
      Jack B. Middleton, Esq.
      Jennifer L. Parent, Esq.