UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>King aka KingCast.net</u>

        v.                              Civil No. 10-cv-501-PB

<u>Friends of Kelly Ayotte et al</u>

O R D E R

I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.

SO ORDERED.

October 4, 2011

                                                        Joseph N. Laplante
                                                        United States District Judge

cc:    Brian J.S. Cullen, Esq.
        Christopher King, Esq.
        Gordon J. MacDonald, Esq.
        Jack B. Middleton, Esq.
        Jennifer L. Parent, Esq.