UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Christopher King
a/k/a KingCast.net

        v.                          Civil No. 10-cv-501

Friends of Kelly Ayotte, et al.


                    O R D E R


        The undersigned recuses himself from presiding over this

case.   The case shall be assigned to another judge.

        SO ORDERED.


                                    _____
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

Date:  October 4, 2011

cc:  Christopher King, pro se
     Brian J.S. Cullen, Esquire
     Gordon J. MacDonald, Esquire
     Jack B. Middleton, Esquire
     Jennifer L. Parent, Esquire