UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Christopher King
a/k/a KingCast.net</u>

    v.                                  Case No. 10-cv-501-PB

<u>Friends of Kelly Ayotte, et al.</u>

**ORDER OF RECUSAL**

I hereby recuse myself from this case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

October 4, 2011

cc:   Christopher King, pro se
      Brian J. S. Cullen, Esq.
      Gordon J. MacDonald, Esq.
      Jack B. Middleton, Esq.
      Jennifer L. Parent, Esq.